B5 (Official Form 5) (12/07)

|  |  |
|---|---|
| **United States Bankruptcy Court**<br><br>_____**Northern**_____ District of _____**Illinois**_____ | **INVOLUNTARY PETITION** |

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>NexGen Capital Investors, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>NexGen Capital Partners, LLC<br>NexGen Holdings, LLC |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Two First National Plaza<br>20 S. Clark St., Suite 2650<br>Chicago, IL 60603 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>Cook County, Illinois                 ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Attached Annex A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>     or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor NexGen Capital Investors, LLC

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Mary A. Laraia | x /s/ Thomas R. Fawkes | March 9, 2012 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Mary A. Laraia | Freeborn & Peters LLP | |
| Name of Petitioner          2·29·12 | Name of Attorney Firm (If any) | |
|                                    Date Signed | 311 S. Wacker Drive, Suite 3000 | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Chicago, IL 60606 | |
| | Telephone No. (312) 360-6000 | |

| x_____ | x /s/ Thomas R. Fawkes | March 9, 2012 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Randall L. Haaff | Freeborn & Peters LLP | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) | |
| | 311 S. Wacker Drive, Suite 3000 | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Chicago, IL 60606 | |
| | Telephone No. (312) 360-6000 | |

| x_____ | x /s/ Thomas R. Fawkes | March 9, 2012 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Timothy J. Sullivan | Freeborn & Peters LLP | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) | |
| | 311 S. Wacker Drive, Suite 3000 | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Chicago, IL 60606 | |
| | Telephone No. (312) 360-6000 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mary A. Laraia, 850 W. Adams Street, Chicago, IL 60607 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $238,634.13 |
| Randall L. Haaff, 1710 Seasons Ridge Boulevard, Evansville, IN 47715 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $125,843.45 |
| Timothy J. Sullivan, 632 Scottsvale Lane, Arlington Heights, IL 60004 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $165,600.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $530,077.94 |

_1_ continuation sheets attached

Name of Debtor __NexGen Capital Investors, LLC__

Case No. _____

|  | TRANSFER OF CLAIM |
|---|---|
| ☐ | Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Mary A. Laraia
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _/s/ Thomas R. Fawkes_        March 9, 2012
Signature of Attorney                Date
Freeborn & Peters LLP
Name of Attorney Firm (If any)

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Telephone No. (312) 360-6000

---

x __RdMcH||__
Signature of Petitioner or Representative (State title)     2/14/12
Randall L. Haaff
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _/s/ Thomas R. Fawkes_        March 9, 2012
Signature of Attorney                Date
Freeborn & Peters LLP
Name of Attorney Firm (If any)

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Telephone No.(312) 360-6000

---

x _____
Signature of Petitioner or Representative (State title)
Timothy J. Sullivan
Name of Petitioner                Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _/s/ Thomas R. Fawkes_        March 9, 2012
Signature of Attorney                Date
Freeborn & Peters LLP
Name of Attorney Firm (If any)

311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Telephone No. (312) 360-6000

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mary A. Laraia, 850 W. Adams Street, Chicago, IL 60607 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $238,634.13 |
| Randall L. Haaff, 1710 Seasons Ridge Boulevard, Evansville, IN 47715 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $125,843.45 |
| Timothy J. Sullivan, 632 Scottsvale Lane, Arlington Heights, IL 60004 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $165,600.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $530,077.94 |

__1__ continuation sheets attached

Name of Debtor: NexGen Capital Investors, LLC

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Mary A. Laraia<br>Name of Petitioner          Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/Thomas R. Fawkes          March 9, 2012<br>Signature of Attorney                      Date<br>Freeborn & Peters LLP<br>Name of Attorney Firm (If any)<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br><br>Telephone No. (312) 360-6000 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Randy L. Haaff<br>Name of Petitioner          Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/Thomas R. Fawkes          March 9, 2012<br>Signature of Attorney                      Date<br>Freeborn & Peters LLP<br>Name of Attorney Firm (If any)<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br><br>Telephone No. (312) 360-6000 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Timothy J. Sullivan              2/7/12<br>Name of Petitioner          Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/Thomas R. Fawkes          March 9, 2012<br>Signature of Attorney                      Date<br>Freeborn & Peters LLP<br>Name of Attorney Firm (If any)<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br><br>Telephone No. (312) 360-6000 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mary A. Laraia, 850 W. Adams Street, Chicago, IL 60607 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $238,634.13 |
| Randy L. Haaff, 1710 Seasons Ridge Boulevard, Evansville, IN 47715 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $125,843.45 |
| Timothy J. Sullivan, 632 Scottsvale Lane, Arlington Heights, IL 60004 | Unreimbursed Business Expenses, Draw Liability Notes, Repurchase Notes, Other Notes | $165,600.36 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $530,077.94

_1_ continuation sheets attached

## ANNEX A

Bankruptcy Cases Concurrently Filed Against
Any Partner or Affiliate of the Debtor

Involuntary petitions under chapter 7 of title 11 of the United States Code are being filed in this Court against the following affiliated entities listed below:

NexGen Capital Partners, LLC

NexGen Holdings, LLC